64,876-06

Eric Andika
#1292358
777 FM 3497
Woodville, TX 75990

Dear Clerk,

Enclosed please find Supplemental Argument In Support of Writ No. WR 64,876-06. Please file stamp this document and bring it to the attention of the court

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Sincerely



ERIC ANDIKA

THE STATE OF TEXAS

V.

ERIC ANDIKA

RE: SUPPLEMENTAL ARGUMENT IN SUPPORT OF WRIT No. WR-64,876-06

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES ERIC ANDIKA, Petitioner in the above writ number that's pending in Court, and in supplemental argument of the said writ, would like to state the following:

1) The plea that was taken on the said cause number was not voluntary since it was given through coercion and mental anguish after being threatened that the third degree offense would be enhanced to 25 to life as the initial indictment demonstrates, and as several cases have indicated, the basis of entering a voluntary plea requires that a plea be entered with the full knowledge of the consequences. But if a plea is entered based on incorrect and misleading statement from the prosecution, it can no longer be a voluntary plea that's permitted by Texas laws which affords an accused the right to trial if he doesn't want to enter a plea; and if the accused is cheated of that right, even though it be done inadvertently, the judicial system would have failed to perform its duty. Tellez v. State, 522 S.W.2d 500 (Tex. Cr. App. 1975)

2) The entire process leading to the plea of guilt and the indictment are defective.

WHEREFORE PREMISES CONSIDERED, movant prays that the court will see it fit to dismiss the entire case.

## CERTIFICATE OF SERVICE

I herby certify that a copy of this Supplemental Argument in Support of the pending writ before the Court has been mailed to the prosecution in Wichita Falls, Texas on the 1st of December, 2015

Sincerely Submitted,

Eric Andika (pro se)